<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

| Case number *(if known)* | | Chapter | **11** |

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **12/15**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Diamond Storage Investments, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-4703174** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **7595 East McDonald Drive, Suite 120**<br>**Scottsdale, AZ 85250**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Maricopa**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership<br><br>☐ Other. Specify: |

Debtor   **Diamond Storage Investments, LLC**                     Case number (*if known*) _____
                    Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/.

   ____

**8.  Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **McDonald Building LLC** | | | Relationship to you | **Common ownership** |
|---|---|---|---|---|---|
| District | **Arizona** | When | **9/09/16** | Case number, if known | **2:16-bk-10430** |

Debtor  **Diamond Storage Investments, LLC**          Case number (*if known*) _____
Name

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor   **Diamond Storage Investments, LLC**          Case number (*if known*) _____
         Name

| **Request for Relief, Declaration, and Signature** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 16, 2016**
              MM / DD / YYYY

*X* **/s/ Ceasar Perez**                                    **Ceasar Perez**
    Signature of authorized representative of debtor          Printed name

Title   **Manager**

**18. Signature of attorney**

*X* **/s/ Janel M. Glynn**                          Date **September 16, 2016**
    Signature of attorney for debtor                      MM / DD / YYYY

**Janel M. Glynn**
Printed name

**Gallagher & Kennedy, P.A.**
Firm name

**2575 E. Camelback Rd.**
**Phoenix, AZ 85016**
Number, Street, City, State & ZIP Code

Contact phone   **602-530-8000**      Email address   **john.clemency@gknet.com**

**025497**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Diamond Storage Investments, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF ARIZONA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Bob Blose 86 Blookdale Lane Palatine, IL 60067** | | | | | | **$0.00** |
| **Brian Merriman 7595 East McDonald Drive, Suite 130 Scottsdale, AZ 85250** | | | | | | **$0.00** |
| **Edward Levato 1060 Lake Street, Suite 200 Hanover Park, IL 60133** | | | | | | **$0.00** |
| **Keith Kotche 1060 Lake Street, Suite 200 Hanover Park, IL 60133** | | | | | | **$0.00** |
| **Michael J. Merriman 7595 East McDonald Drive, Suite 130 Scottsdale, AZ 85250** | | | | | | **$0.00** |
| **PMTB Investments, LLC 7595 East McDonald Drive Suite 130 Scottsdale, AZ 85250** | | | | | | **$0.00** |
| **Storage Depot USA, LLC 7595 East McDonald Drive, Suite 130 Scottsdale, AZ 85250** | | | | | | **$0.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 2:16-bk-10708-BMW    Doc 1    Filed 09/16/16    Entered 09/16/16 17:31:43    Desc
Main Document    Page 5 of 9

| Debtor | **Diamond Storage Investments, LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Trisha Olsen**<br>**7595 East McDonald Drive, Suite 130**<br>**Scottsdale, AZ**<br>**85250** | | | | | | **$0.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 2:16-bk-10708-BMW    Doc 1    Filed 09/16/16    Entered 09/16/16 17:31:43    Desc
Main Document     Page 6 of 9

# United States Bankruptcy Court
## District of Arizona

In re **Diamond Storage Investments, LLC**

Debtor(s)

Case No. _____

Chapter **11**

# DECLARATION

I, the Manager of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of **1** sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date: **September 16, 2016**

**/s/ Ceasar Perez**
**Ceasar Perez**/**Manager**
Signer/Title

Date: **September 16, 2016**

**/s/ Janel M. Glynn**
Signature of Attorney
**Janel M. Glynn 025497**
**Gallagher & Kennedy, P.A.**
**2575 E. Camelback Rd.**
**Phoenix, AZ 85016**
**602-530-8000   Fax: 602-530-8500**

MML-5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Diamond Storage Investments, LLC -


BOB BLOSE
86 BLOOKDALE LANE
PALATINE IL 60067


BRIAN MERRIMAN
7595 EAST MCDONALD DRIVE, SUITE 130
SCOTTSDALE AZ 85250


EDWARD LEVATO
1060 LAKE STREET, SUITE 200
HANOVER PARK IL 60133


KEITH KOTCHE
1060 LAKE STREET, SUITE 200
HANOVER PARK IL 60133


MICHAEL J. MERRIMAN
7595 EAST MCDONALD DRIVE, SUITE 130
SCOTTSDALE AZ 85250


PEREZ HOLDINGS, LLC
6143 EAST FANFOL DRIVE
PARADISE VALLEY AZ 85253


PMTB INVESTMENTS, LLC
7595 EAST MCDONALD DRIVE
SUITE 130
SCOTTSDALE AZ 85250


STORAGE DEPOT USA, LLC
7595 EAST MCDONALD DRIVE, SUITE 130
SCOTTSDALE AZ 85250


TRISHA OLSEN
7595 EAST MCDONALD DRIVE, SUITE 130
SCOTTSDALE AZ 85250

# United States Bankruptcy Court
## District of Arizona

In re    **Diamond Storage Investments, LLC**            Case No.
                                   Debtor(s)          Chapter     **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Diamond Storage Investments, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Perez Holdings, LLC**
**6143 East Fanfol Drive**
**Paradise Valley, AZ 85253**

☐ None [*Check if applicable*]

| | |
|---|---|
| **September 16, 2016** | **/s/ Janel M. Glynn** |
| Date | **Janel M. Glynn 025497** |
| | Signature of Attorney or Litigant |
| | Counsel for    **Diamond Storage Investments, LLC** |
| | **Gallagher & Kennedy, P.A.** |
| | **2575 E. Camelback Rd.** |
| | **Phoenix, AZ 85016** |
| | **602-530-8000 Fax:602-530-8500** |
| | **john.clemency@gknet.com** |